# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHRISTIAN D. CHESSON, PLC., ET AL

NO.   2023 CW 0818

VERSUS

LOGAN RYAN GANDY, ET AL

**OCTOBER 31, 2023**

---

In Re:    Erin N. Abrams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 723610.

---

**BEFORE:    GUIDRY, C.J., WELCH, CHUTZ, WOLFE AND GREENE, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's August 16, 2023 judgment that denied the motion to transfer for forum non conveniens filed by defendant is reversed.   Pursuant to Louisiana Code of Civil Procedure article 123, for the convenience of the parties and the witnesses and in the interest of justice, a court may, upon contradictory motion, transfer a civil case to another district court where it might have been brought.   In this case, the trial court abused its discretion in denying defendant's motion to transfer for forum non conveniens. The convenience of the parties and witnesses and the interest of justice would be better served by transferring this case to Calcasieu Parish. See **Holland v. Lincoln General Hosp.**, 2010-0038 (La. 10/19/10), 48 So.3d 1050, 1055-57.   Thus, the motion to transfer for forum non conveniens filed by defendant, Erin Abrams, is granted.   The case is remanded to the trial court, which is instructed to transfer the matter to the 14th Judicial District Court for Calcasieu Parish.

**JMG**
**JEW**
**WRC**
**EW**

**Greene, J.,** dissents and would deny the writ.   East Baton Rouge Parish is a proper venue for this litigation.   See La. R.S.  13:5104(A).   Where proper venue lies in more than one parish, "plaintiffs may choose any venue available." **Holland v. Lincoln General Hosp.**, 2010-0038 (La. 10/19/10), 48 So.3d 1050, 1055.   The plaintiff's initial choice of forum is entitled to deference, and the burden is on the party seeking a transfer to show why the motion should be granted.   **Id.**   La. Code Civ. P. art. 123 is discretionary.   Under the facts as set forth, I find defendants failed to establish that East Baton Rouge Parish is inconvenient.

COURT OF APPEAL, FIRST CIRCUIT

*a.S*

_____
DEPUTY CLERK OF COURT
FOR THE COURT